UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO ARLIA GUEVARA,

Petitioner,

v. Case No.: 2:26-cv-01193-SPC-DNF

WARDEN, FLORIDA SOFT SIDE SOUTH *et al.*,

Respondents.
______________________________________/

**OPINION AND ORDER**

Before the Court are petitioner Ricardo Arlia Guevara's Motion for Reconsideration (Doc. 17), Request for Oral Argument (Doc. 18), and Motion for Expedited Treatment (Doc. 19).

Arlia Guevara is a native and citizen of Venezuela. He filed a habeas petition to challenge the legality of his detention by Immigration and Customs Enforcement, based on his alleged temporary protected status (TPS). The Court found Arlia Guevara no longer had TPS and denied his petition. Arlia Guevara then filed three motions challenging the result. The government argues the motions are moot because Arlia Guevara was removed to Venezuela on June 21, 2026. The Court agrees.

The Eleventh Circuit has held that a challenge to immigration detention becomes moot if the petitioner is subsequently deported. *Salmeron-Salmeron*

*v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019). Accordingly, Arlia Guevara's post-judgment motions (Docs. 17, 18, and 19) are **DENIED as moot**.

**DONE AND ORDERED** in Fort Myers, Florida on August 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1